TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
CLAY A. PLUMMER
Nevada Bar No. 6778
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
clay.plummer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAURENTINO SALVADOR JUAREZ-MARTINEZ,<br>   aka "Laurentino Gutierrez Verdin,"<br>   aka "Osvaldo Gutierrez Verdin,"<br>   aka "Salvador Juarez Martinez,"<br>   aka "Oscar Roque Portillo,"<br><br>Defendant. | Case No. 2:26-mj-000242-BNW<br><br>**Stipulation for an Order Directing Probation to Prepare a Criminal History Report** |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Clay Plummer, Special Assistant United States Attorney, counsel for the United States of America, Rene L. Valladares, Federal Public Defender, and Heather Fraley, Assistant Federal Public Defender, counsel for defendant LAURENTINO SALVADOR JUAREZ-MARTINEZ, that the Court direct the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

This stipulation is entered into for the following reasons:

1. The United States Attorney's Office has developed an early disposition program for immigration cases, authorized by the Attorney General pursuant to the PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has extended to the defendant a plea offer in which the parties would agree to jointly request an expedited sentencing immediately after the defendant enters a guilty plea.

2. The U.S. Probation Office cannot begin obtaining the defendant's criminal history until after the defendant enters his guilty plea unless the Court enters an order directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of a defendant's initial appearance when charged by indictment.

3. The U.S. Probation Office informs the government that it would like to begin obtaining the criminal history of defendants eligible for the early disposition program as soon as possible after their initial appearance so that the Probation Office can complete the Presentence Investigation Report by the time of the expected expedited sentencing.

4. Accordingly, the parties request that the Court enter an order directing the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

DATED this 6 day of April, 2026.

Respectfully Submitted,

RENE L. VALLADARES
Federal Public Defender

/s/
Heather Fraley
Assistant Federal Public Defender
Counsel for Defendant
LAURENTINO SALVADOR
JUAREZ-MARTINEZ

TODD BLANCHE
Deputy Attorney General of the United States

/s/ Clay Plummer
CLAY A PLUMMER
Special Assistant United States Attorneys

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-mj-000242-BNW |
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** |
| v. | |
| LAURENTINO SALVADOR JUAREZ-MARTINEZ, aka "Laurentino Gutierrez Verdin," aka "Osvaldo Gutierrez Verdin," aka "Salvador Juarez Martinez," aka "Oscar Roque Portillo," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this  8th  day of April, 2026.

_____
HON. BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

3