**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAURENTINO SALVADOR JUAREZ-MARTINEZ,

Defendant.

Case No. 2:26-mj-00242-BNW

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on October 19, 2026 at the hour of 4:00 p.m., be vacated and continued to November 10, 2026 at the hour of 4:00 p.m.

DATED this 1st day of October, 2026.

UNITED STATES MAGISTRATE JUDGE